IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01469-MSK-KLM

ARMEN SAROYAN,

    Plaintiff(s),

v.

COLORADO ATTORNEY GENERAL, and
JOSEPH ORTIZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Applicant's Motion for Status of Pending Habeas Corpus [Docket No. 21; Filed February 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Applicant requests information about the status of his case, the Motion is **granted**. Applicant's case was reassigned to this Court on August 3, 2007. The Court is aware of Applicant's pending matter, and notes that it is fully briefed. To the extent that Applicant requests that the Court expedite its decision on the merits, the Motion is **denied**. The application will be dealt with in due course and in consideration of the Court's overall docket.

Dated: February 8, 2008