IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01469-MSK-KLM

ARMEN SAROYAN,

    Plaintiff(s),

v.

COLORADO ATTORNEY GENERAL, and
JOSEPH ORTIZ,

    Defendant(s).
_____

## ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **June 30, 2008**, the Clerk of the District Court of Arapahoe County, Colorado, shall provide to this Court the original written record of Arapahoe County Case No. 00CR1601, *People v. Armen Saroyan*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Arapahoe County by Facsimile to (303) 649-6239 and by regular mail to Clerk of District Court of Arapahoe County, Justice Center, 7325 Potomac St., Centennial, CO 80112.

Dated: June 2, 2008

                                                         BY THE COURT:

                                                         s/ Kristen L. Mix
                                                         U.S. Magistrate Judge
                                                         Kristen L. Mix